Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Juan Varela*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VARELA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STERLING INFOSYSTEMS, INC., et al.<br><br>　　　　　Defendants. | 5:14−CV−01807−JGB−KK<br><br>NOTICE OF PARTIAL SETTLEMENT |

　　　　Pursuant to Local Rule 40-2 please take notice that Plaintiff Juan Varela ("Plaintiff") and Defendant Hollins Management Group, Inc. ("Hollins") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Hollins pending in this action.

Dated: April 9, 2015　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　By: _/s/ Stephanie R. Tatar_
　　　　　　　　　　　　　　　　　　　STEPHANIE R. TATAR
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　JUAN VARELA