1  Stephanie R. Tatar – State Bar No. 237792
2  **TATAR LAW FIRM, APC**
3  3500 West Olive Avenue, Suite 300
   Burbank, California 91505
4  Telephone: (323) 744-1146
   Facsimile: (888) 778-5695
5  stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Juan Varela*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JUAN VARELA | 5:14−CV−01807−JGB−KK |
|---|---|
| **Plaintiff,** | **ORDER RE:** |
| v. | **JOINT STIPULATION TO DISMISS** |
| **STERLING INFOSYSTEMS, INC., et al.** | |
| **Defendants.** | |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that Defendant Hollins Management Group, Inc. is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

SO ORDERED:

Dated: June 18, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE