JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN VARELA** | **5:14−CV−01807−JGB−KK** |
| **Plaintiff,** | **ORDER RE:** |
| **v.** | **JOINT STIPULATION TO DISMISS** |
| **STERLING INFOSYSTEMS, INC., et al.** | |
| **Defendants.** | |

     This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that Defendant Sterling Infosystems, Inc. is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

IT IS SO ORDERED:

Dated:  September 11, 2015

HON.  JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE